# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **KATHRYN SACK**, <br><br> Plaintiff, <br><br> v. <br><br> **U.S. DEPARTMENT OF DEFENSE**, <br><br> Defendant. | Civil Action No. 12-cv-1754 (RLW) |

## ORDER

Upon consideration of Defendant's Motion for Summary Judgment (Dkt. No. 22), the parties' respective briefing, and the entire record in this action, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby,

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**; it is,

**FURTHER ORDERED** that judgment is awarded to Defendant as to all claims in the above-captioned action.

**SO ORDERED.**

Date: December 9, 2013

ROBERT L. WILKINS
United States District Judge